1  Lynda J. Zadra-Symes (SBN 156511)
   2ljs@kmob.com
2  Lauren K. Katzenellenbogen (SBN 223370)
   lkeller@kmob.com
3  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street,
4  Fourteenth Floor
   Irvine, CA 92614
5  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
6
   Attorneys for Plaintiff
7  HANSEN BEVERAGE COMPANY
   d/b/a MONSTER BEVERAGE COMPANY
8

9  Ken Z. Liang (SBN 237027)
   law@kenzl.com
10 KENZL LAW OFFICES
   15333 Culver Drive, Suite 120
11 Irvine, CA 92604
   Phone: (949) 373-5525
12 Facsimile: (949) 608-3432

13 Attorneys for Defendant
   TIME PLAZA, INC.
14

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

15              IN THE UNITED STATES DISTRICT COURT

16              FOR THE CENTRAL DISTRICT OF CALIFORNIA

17

18

19 HANSEN BEVERAGE COMPANY,       )  Civil No. EDCV11-1810 VAP (SPx)
   d/b/a MONSTER BEVERAGE         )
20 COMPANY, a Delaware corporation,)
                                  )  **STIPULATED CONSENT**
21       Plaintiff,               )  **JUDGMENT AND PERMANENT**
                                  )  **INJUNCTION**
22    v.                          )
                                  )
23 TIME PLAZA, INC., a California )
   corporation,                   )
24                                )
         Defendant.               )
25                                )
                                  )
26
27
28

Pursuant to the stipulation of the parties, and good cause appearing therefore, IT IS HEREBY ORDERED, DECREED, AND ADJUDGED:

1. This Court has jurisdiction over the parties and over the causes of action asserted in this action. Venue is proper in this judicial district. Service was properly made against Defendant Time Plaza, Inc. ("Time Plaza"), and it does not contest service or jurisdiction.

2. Plaintiff Hansen Beverage Company d/b/a Monster Beverage Company ("Hansen") is the owner of all rights, title, and interest, including common law rights, in the marks [claw icon], [claw/MONSTER icon], Monster Energy®, and Monster™ (hereinafter "Monster Marks") used in connection with a wide variety of goods, including energy drinks, clothing, and stickers.

3. The following federal trademark registrations owned by Hansen are valid and enforceable (hereinafter "Claw Icon Marks"):

Registration 2,903,214 for the mark [claw icon]

Registration 3,134,841 for the mark [claw/MONSTER icon]

Registration 3,434,821 for the mark [claw icon]

Registration 3,434,822 for the mark [claw icon]

Registration 3,908,600 for the mark [claw/MONSTER icon]

Registration 3,908,601 for the mark [claw/MONSTER icon]

Registration 3,914,828 for the mark 

Registration 3,923,683 for the mark 

Registration 3,963,668 for the mark 

Registration 3,963,669 for the mark 

Registration 4,011,301 for the mark 

Registration 4,051,650 for the mark 

4. The following U.S. Copyright Registrations (hereinafter "Claw Icon Copyrights") owned by Hansen are valid and enforceable: VA 1-727-577, VA 1-737-654, VA 1-749-215, for Hansen's can art prominently featuring its ("Claw Icon design"), and VA 1-789-900 for Hansen's Claw Icon design.

5. Time Plaza will not oppose, contest, or challenge or assist others in opposing, contesting, or challenging Hansen's use and/or registration of its above-referenced marks and copyrighted designs.

6. On March 5, 2011, Time Plaza filed a U.S. trademark application for the mark shown below, which is essentially identical to Hansen's Claw Icon Marks and Copyrights.



-2-

any products bearing copies of Hansen's Claw Icon design or Claw Icon Copyrights;

    v. Filing any applications for registration of any trademarks, trade dress, copyrighted works, or designs confusingly similar to Hansen's Claw Icon Marks and/or Claw Icon design and/or Claw Icon Copyrights;

    vi. Otherwise infringing or diluting Hansen's Claw Icon Mark and/or any of Hansen's Monster Marks and/or any of Hansen's other trademarks;

    vii. Falsely designating the origin of Time Plaza's goods;

    viii. Unfairly competing with Hansen in any manner whatsoever; and

    ix. Causing a likelihood of confusion or injury to Hansen's business reputation.

8. Within 15 business days of the date of this Stipulated Consent Judgment, Time Plaza shall deliver to counsel for Hansen for destruction all existing inventory of products and promotional materials, including catalogs, brochures, labels, and hangtags, bearing Hansen's Claw Icon Marks or Claw Icon Copyrights or any mark confusingly similar thereto (including the design in Trademark Registration No. 4,041,297.)

9. Time Plaza's invalid United States Trademark Registration No. 4,041,297, issued on October 28, 2011 shall be cancelled by the United States Patent and Trademark Office.

10. This is a final judgment, and all claims and defenses asserted by and between Hansen and Time Plaza are hereby dismissed with prejudice.

11. The Court shall retain jurisdiction over the parties to enforce this Stipulated Consent Judgment and Permanent Injunction.

12. The parties waive appeal of this Stipulated Consent Judgment and Permanent Injunction, as entered or modified by the Court.

13. The parties shall bear their own costs and attorneys' fees, and no other or further relief is granted to any party.

IT IS SO ORDERED.

Dated: February 10, 2012

*/s/ Virginia A. Phillips*
Judge of the United States District Court

Approved as to Form and Content:

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated:_____   By:_____
Lynda J. Zadra-Symes
Lauren Keller Katzenellenbogen

Attorneys for Plaintiff
HANSEN BEVERAGE COMPANY d/b/a
MONSTER BEVERAGE COMPANY

KENZL LAW OFFICES

Dated:_____   By:_____
Ken Z. Liang

Attorneys for Defendant
TIME PLAZA, INC.

12597213
011712